# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PNK INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARGARET D. SCHAFER, et al., <br><br> Defendants. | CASE NO. C17-0951-RAJ <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because defendant does not appear to have funds available to afford the $400.00 filing fee, defendant financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, defendant's IFP application (Dkt. 2) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to the parties and to the assigned District Judge.

DATED this 27th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1